03/02/2007 12:10 FAX 619 2322268   STUTZ ARTIANO
Case 3:06-cv-02177-L-WMC   Document 15   Filed 03/06/07   PageID.43   Page 1 of 3
MAR-02-2007 13:20  Case 5:06-cv-02177-L-WMC   Document 14   Filed 03/02/2007   Page 1 of 2

```
 1 | Robert P. Stricker Bar No: 104937
   | STRICKER & BALL
 2 | 401 West "A" Street, Suite 2050
   | San Diego, California  92101
 3 | (619) 515-9686
   | (619) 515-9688 (fax)
 4 |
 5 | Attorney for PLAINTIFF
   | EMMA ALEMNDAREZ
 6 |
 7 |
```

FILED
2007 MAR -6 AM 11: 22
CLERK US D...
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| EMMA ALMENDAREZ,<br><br>Plaintiff,<br><br>vs.<br><br>MIRACOSTA COLLEGE and Does 1 through 20, inclusive,<br><br>Defendant(s). | Case No.: 06 CV 2177 L (Wmc)<br><br>ORDER OF DISMISSAL<br><s>STIPULATION TO DISMISS THE FEDERAL CASE AND RE-FILE IN STATE COURT</s><br><br>Complaint Filed:   October 2, 2006<br><br>Judge: Hon. M. James Lorenz<br>Magistrate Judge: Hon. William McCurine, Jr. |

///
///
///

1
(STIPULATION TO DISMISS)

03/02/2007 12:10 FAX 619 2323263 STRICKER & BALL ☒003/003
Case 3:06-cv-02177-L-WMC Document 15 Filed 03/06/07 PageID.44 Page 2 of 2
MAR-02-2007 16:49 From:STRICKER & BALL 6195155568
Case 3:06-cv-02177-L-WMC Document 14 Filed 03/02/2007 Page 2 of 2

1 | IT IS HEREBY STIPULATED by and between the parties hereto, through their respective
2 | attorneys of record, as follows:
3 |     Based on an agreement with Defense counsel and Defendant MiraCosta College,
4 | Plaintiff Almendarez files this stipulation to dismiss federal case number 06 CV 2177 L (WMC)
5 | and re-file the same lawsuit in the Superior Court of California. The Defendants have agreed
6 | that all statute of limitations issues will be treated as if the case were first filed in the state court
7 | on the date of the federal court filing so that no statute of limitation issues will be raised that
8 | did not previously exist.
9 |
10 | DATE: March 2, 2007     IT IS SO STIPULATED
11 |
12 |
13 |
14 | By: _____
15 |     Robert P. Stricker, Esq.
    Attorney for EMMA ALMENDAREZ
16 | Dated: March 2, 2007     IT IS SO STIPULATED
17 |
18 |
19 |
20 | By: _____
    Daniel R. Shinoff
21 |     Jack M. Sleeth, Jr.
    Susan H. Bartelstone
22 |     Attorneys for Defendants MIRA COSTA COLLEGE DISTRICT.
23 |
24 | Dated: 3/5/07     IT IS SO ORDERED:
25 |
26 |
27 |
28 | _____
    HON. M. JAMES LORENZ

2
(STIPULATION TO DISMISS)